# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALANTA PRETENDS-EAGLE,<br><br>　　　　　　Defendant. | 8:25CR64<br><br>ORDER |

The defendant has filed a Motion to Suppress and Request for Hearing (Filing No. 57). Accordingly,

**IT IS ORDERED:**

1. On or before **August 25, 2025**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **September 2, 2025**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **September 9, 2025**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters will be held before the undersigned magistrate judge on **September 18, 2025, at 3:30 p.m.** Conferencing instructions will be provided under a separate order.

5. An evidentiary hearing on the Motion to Suppress (Filing No. 57) is set for **September 24, 2025, at 1:00 p.m**. in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, before Magistrate Judge Michael D. Nelson.

Dated this 11th day of August, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge